SEALED

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18 cr 10289 |
|  | ) |  |
| v. | ) | Violation: |
|  | ) |  |
| BRIAN WATKINS, | ) | Count One: 18 U.S.C. § 922(a)(6) |
|  | ) | False Statement During a Firearm Purchase |
| Defendant. | ) |  |
|  | ) | Firearm Forfeiture |
|  | ) | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |
|  | ) |  |

## INDICTMENT

**COUNT ONE:**      18 U.S.C. § 922(a)(6) – False Statement During a Firearm Purchase

The Grand Jury charges that:

On or about March 21, 2018, at or near North Attleboro, in the District of Massachusetts,

## BRIAN WATKINS,

defendant herein, in connection with the acquisition of a firearm, namely a Glock, Model 23, .40 caliber pistol, bearing serial number RP978US, from the American Firearms School, a federal firearms licensee, knowingly made a false and fictitious written statement, intended and likely to deceive the American Firearms School with respect to any fact material to the lawfulness of the sale of such firearm to defendant under chapter 44 of Title 18, in that defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearm listed on the Form 4473, when in fact, the defendant then knew he was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.      Upon conviction of the offense set forth in Count One this Indictment,

### BRIAN WATKINS,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

a.      Glock, Model 23, .40 caliber pistol, bearing serial number RP978U

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL:

_____
Foreperson of the Grand Jury

_____
Nicholas Soivilien
Assistant United States Attorney

District of Massachusetts
August 22, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

at 3:50 PM

8.22.18